# UNITED STATES DISTRICT COURT

### for the

### Middle District of North Carolina

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 18MJ329-1 |
| 2205 New Garden Road, Apartment 1106, Greensboro, North Carolina. | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
2205 New Garden Road, Apartment 1106, Greensboro, North Carolina. See Attachment A, incorporated by reference herein

located in the _____ Middle _____ District of _____ North Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2113(a) and (d) | Bank robbery and armed bank robbery |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

William C. Tyndall, FBI - TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/6/18 1:00PM

_____
*Judge's signature*

City and state:  Durham, North Carolina

Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The Affiant swears to the following facts to establish probable cause for the issuance of a search warrant:

The applicant has been a sworn law enforcement officer for twenty-two years. The applicant completed Basic Law Enforcement Training in April of 1996 at Fayetteville Technical Community College in Fayetteville, North Carolina. The applicant has received specialized training in the area of criminal investigations from the North Carolina Justice Academy, University of North Florida Institute of Police Technology and Management, and the United States Bureau of Justice Statistics. The applicant also graduated from Guilford Technical Community College with an Associate's Degree in Criminal Justice. The applicant has worked in various capacities of law enforcement including patrol operations, vice and narcotics investigations and criminal investigations. The applicant has experience investigating numerous criminal offenses particularly robberies. The applicant is currently assigned to the Federal Bureau Investigation Safe Street Task Force. The applicant has investigated or assisted with the investigation of over five hundred robberies.

On May 21, 2018, the applicant responded to a bank robbery that occurred at the Suntrust Bank located at 5705 West Gate City Boulevard, Greensboro, North Carolina. The applicant interviewed a witness who was assaulted by the suspect and discovered that a black male entered the bank and demanded cash from the tellers. The witness informed the responding Greensboro Police officers that the suspect entered the bank grabbed her and told her, "This is a robbery" as he held a gun to her side.

Another bank employee stated that the suspect told them (bank employees) that he wanted "50's" and "100's". The suspect then told the teller working the drive through, "Hey you! Bring me all your money now!" The bank employees complied with the suspect and gave him cash which was put into a white bag that the suspect brought with him. The suspect then left the bank with over $4,000 in cash from the bank.

The applicant reviewed the video surveillance footage and saw that the suspect entered the bank at 9:18 a.m. shortly after the bank opened. The suspect was observed wearing a tan in color boonie-style hat, a long sleeve t-shirt, gloves, dark pants and was armed with a handgun that he carried in his

left hand. The suspect was also wearing what appeared to be stockings or pantyhose over his face however details of his facial features could be seen as the fabric over his face was sheer. The applicant noticed that the suspect stood directly beside the branch manager and the suspect appeared to be five feet seven inches to five feet nine inches tall.

The applicant also saw that once the suspect entered the bank he immediately grabbed the bank manager and forced her to the teller line. The suspect can be seen giving the teller a white in color bag, similar to a pillow case, at which time the teller places money in the bag. The suspect leaves the bank within one minute and exits walking north east.

The applicant was informed that on June 20, 2018, a robbery occurred at the Fidelity Bank located at 1035 Randolph Street, Thomasville, North Carolina. The applicant made contact with Detective Banker of the Thomasville Police Department and viewed the video surveillance footage of the bank robbery. The applicant saw that the suspect entered the bank at approximately 9:08 a.m. The applicant noticed that the suspect was armed with a black semi-automatic handgun in his left hand and was also wearing gray in color boonie-style hat. The applicant noticed that the suspect wore black stockings, or similar fabric, over his face. The suspect also brought a white in color bag and forced the employees to put the money inside the bag. The suspect left the Fidelity Bank with an undisclosed amount of money.

The applicant reviewed the details of the Thomasville Police Department's investigative report for the Fidelity Bank robbery and discovered that the suspect entered the bank demanding "50's" and "100's" just as reported in the robbery of the Suntrust Bank in Greensboro, North Carolina on May 21, 2018. Additionally, during the May 21, 2018, Suntrust robbery and the June 20, 2018, Fidelity robbery, the suspect wore a "boonie" hat and a dark gray or dark blue long sleeve shirt, suggesting that that suspect retains clothing worn during the commission of his crimes.

On July 23, 2018, the applicant discovered that the Piedmont Federal Savings Bank, 505 Pineview Drive, Kernersville, North Carolina was robbed that same day by a black male who was armed with a semi-automatic handgun in his left hand. The applicant made contact with Detective S. McGee of the Kernersville Police Department and was advised that the suspect entered the bank at 9:15 a.m.

The applicant viewed video surveillance images from the Piedmont Federal Savings Bank robbery and noticed that the suspect was armed with a semi-automatic handgun in his left hand. The suspect was observed wearing a white in color Aeropostale ball cap and had black stockings, or similar fabric, over his face. The suspect brought a white in color bag into the bank and placed stolen money into the bag. The suspect then left the bank with an undisclosed amount of money taken from Piedmont Federal Savings Bank.

On October 2, 2018, the applicant was informed that a robbery occurred at the PNC Bank located at 823 South Main Street, Kernersville, North Carolina. The applicant made contact with Detective DeMattos of the Kernersville Police Department and later viewed the video surveillance footage from the robbery. The applicant observed the suspect enter the PNC Bank at approximately 9:04 a.m. armed with a semi-automatic handgun in his left hand. The suspect was observed wearing a white in color Aeropostale ball cap which appeared to be identical to the ball cap worn by the suspect during the robbery of the Piedmont Federal Savings Bank on July 23, 2018. The suspect also wore a pair of black stockings, or similar fabric, over his face. The suspect also had a gray in color bag that he put money into and then left the bank. Additionally, during the July 23, 2018, Piedmont Federal Savings robbery and the October 2, 2018, PNC robbery, the suspect wore a white Aeropostale ball cap, suggesting that that suspect retains clothing worn during the commission of his crimes.

Detective DeMattos advised that the suspect was captured on video surveillance getting into a dark colored Ford Escape at which time the suspect left the area. The applicant later reviewed additional video surveillance and noticed that the suspect vehicle was in fact a dark colored, newer model Ford Escape. Detective DeMattos distributed images of the suspect and the suspect vehicle via several media outlets.

Upon searching a database for recently released federal offenders in the Guilford County area who were convicted of bank robbery, the applicant located a subject named Tyrone Thomas Woods, who met the description of the suspect robber. Upon reviewing a known photograph of Woods the applicant noticed that Woods had facial features similar to the suspect captured on surveillance footage during the Suntrust Bank robbery on May 21, 2018, in Greensboro, North Carolina.

3

The applicant searched the North Carolina Division of Motor Vehicles and discovered that Tyrone Thomas Woods has a 2018 Ford Escape registered in his name. The applicant viewed a known photograph of a 2018 Ford Escape and noticed that it appeared to be the same body style that the suspect used during the robbery at the PNC Bank in Kernersville, North Carolina on October 3, 2018.

The applicant and Detective Ingram drove to Lexington, North Carolina where Tyrone Thomas Woods is employed. Upon arrival the applicant and Detective Ingram located Woods' vehicle and noticed that it bore the same registration plate number, FHD-1161, on file with the North Carolina Division of Motor Vehicles. It was also noted that the vehicle was dark gray in color and consistent with the color of the Ford Escape used by the suspect during the robbery of the PNC Bank in Kernersville, North Carolina on October 2, 2018.

The applicant and Detective Ingram returned to the Greensboro Police Department at which time the applicant reviewed reports from the Winston Salem Police Department and the Yadkinville Police Department in reference to a bank robbery that occurred in Winston Salem, North Carolina on November 9, 2012. The applicant reviewed other details of the robbery and discovered that evidence from the bank robbery was recovered inside a pillow case. Upon reading the case report the applicant discovered that Tyrone Thomas Woods was arrested for the robbery and subsequently convicted of bank robbery and is currently on supervised release.

The applicant reviewed arrest information from the Winston Salem Police Department and the Forsyth County Sheriff's Office and discovered that at the time of his arrest (November 10, 2012), Tyrone Thomas Woods identified himself as being left handed. The applicant also noted that Tyrone Thomas Woods was listed on that same arrest report as being five feet and nine inches tall.

The applicant reviewed the North Carolina Division of Motor Vehicles data listed on Tyrone Thomas Woods' driver's license and saw that Woods is listed as being five feet and eight inches tall. The applicant noted that this is consistent with the height of the suspect as described by the victims and witnesses as well as determined by viewing the video surveillance.

4

The applicant also searched the internet for known images of Tyrone Thomas Woods and located known images of Tyrone Thomas Woods wearing a white in color Aeropostale ball cap.

The applicant confirmed with Tyrone Thomas Woods' probation officer that Woods currently uses phone number 336-398-0813 to keep in contact per a condition of Woods' supervised release.

On October 5, 2018, the applicant and Detective N.R. Ingram met with Tyrone Thomas Woods' employer. The applicant provided the employee with the dates of the aforementioned bank robberies and inquired if Woods was at work during those days. Upon examining Tyrone Thomas Woods pay records the employer advised that Tyrone Thomas Woods was not at his place of employment on the dates and times when the bank robberies were committed.

The employer also showed the applicant messages from Tyrone Thomas Woods' cellular phone corroborating Woods' absence or tardiness for work on June 20, 2018, July 23 2018, and October 2, 2018, all days when the aforementioned bank robberies were committed.

The employer allowed the applicant to view video surveillance footage from the day of the Kernersville, North Carolina PNC Bank robbery (October 2, 2018). The applicant saw that Tyrone Thomas Woods arrived at his place of employment that day at 10:31 a.m. driving his dark gray 2018 Ford Escape. The applicant noted that Woods vehicle appeared to be identical to the suspect vehicle captured on video surveillance during the robbery at the PNC Bank in Kernersville, North Carolina earlier that same day (October 2, 2018). The applicant noted that Woods arrived at his place of employment one hour and twenty six minutes after the robbery occurred at the PNC Bank (823 South Main Street, Kernersville, North Carolina). The applicant noted that the actual drive time from the PNC Bank in Kernersville, North Carolina to Tyrone Thomas Woods' place of employment is less than fifty minutes per Google Maps, MapQuest and Waze on-line mapping services.

Tyrone Thomas Woods' employer informed the applicant that Woods also sent a message on Monday, October 1, 2018, and did not show up for work that day. The applicant relayed this information to Detective DeMattos of the Kernersville Police Department. Detective DeMattos returned to the area of the PNC Bank in Kernersville, North Carolina and located additional surveillance footage from the day before the bank robbery (October 1, 2018). Detective DeMattos located footage of a dark in color Ford Escape in the

5

parking lot behind the PNC Bank. Detective DeMattos noticed that the vehicle left the area behind a strip mall which is the same path that the suspect vehicle took after the PNC Bank robbery on October 2, 2018.

The applicant reviewed additional information regarding Tyrone Thomas Woods' 2018 Ford Escape and noticed that the North Carolina Division of Motor Vehicles documented that Woods purchased the vehicle on June 20, 2018, the same day as the Fidelity Bank robbery in Thomasville, North Carolina.

The applicant made contact with the car dealership that sold the Ford Escape to Tyrone Thomas Woods and inquired as to the details of the transaction. The applicant was informed that Woods purchased the vehicle on June 20, 2018, at approximately 4:30 p.m. and that Woods also made a down payment of $1,000 in cash. The applicant noted Woods purchased the vehicle approximately seven hours after the Fidelity Bank robbery in Thomasville, North Carolina.

On October 5, 2018, at 6:43 p.m., the applicant received a call from the dealership that sold Tyrone Thomas Woods the 2018 Ford Escape. The manager of the dealership informed the applicant that while reviewing the schedule for October 6, 2018, he saw that Tyrone Thomas Woods had an appointment to trade in his 2018 Ford Escape. The manager also informed the applicant that Woods called and made the appointment on October 3, 2018. The applicant noted that October 3, 2018 was the day after the PNC Bank robbery and after several media outlets broadcast images of the dark colored Ford Escape used in the robbery.

On October 8, 2018, the applicant met with management at the dealership where Tyrone Thomas Woods' purchased the 2018 Ford Escape. The applicant reviewed video footage of Tyrone Thomas Woods arriving at the dealership on October 6, 2018. In the video footage Woods was operating his dark gray in color 2018 Ford Escape.

The applicant was able to verify that Woods was using was using 336-398-0813 during the time between October 1, 2018, and October 2, 2018. Tyrone Thomas Woods used the number to contact his probation officer as well as his employer.

The applicant executed a state search warrant on T-Mobile for the phone number (336-398-0813) being used by Tyrone Thomas Woods. Upon reviewing

6

the records the applicant noticed that on the day (October 1, 2018) that Woods was suspected of casing the Kernersville, North Carolina PNC Bank, Woods cellular phone was showing to be connected to a cellular tower in Kernersville, North Carolina.

The applicant located a traffic accident report involving Tyrone Thomas Woods. The accident occurred on October 30, 2018, and during the traffic accident investigation Tyrone Thomas Woods informed the responding officer that his current address was 2205 New Garden Road, Apartment 1106, Greensboro, North Carolina.

On November 2, 2018, the applicant saw a news article in reference to a bank robbery at the Sharonview Federal Credit Union located at 4418 Park Road, Charlotte, North Carolina 28209. The applicant saw a surveillance photograph of the suspect before he went into the credit union and noticed that the suspect strongly resembled Tyrone Thomas Woods.

The applicant made contact with Detective Z. Hagler of the Charlotte-Mecklenburg Police Department to obtain details of the Sharonview Federal Credit Union robbery. Detective Z. Hagler advised that the suspect entered the credit union on November 2, 2018 at approximately 9:30 a.m. armed with a semi-automatic handgun in his left hand. Detective Z. Hagler also informed the applicant that witnesses described the suspect as bringing a gray cloth bag or pillow case to put the money into. Detective Hagler informed the applicant that $1500 in cash was taken during the robbery. Of that money there were (4) $100 bills, (6) $50 bills, (37) $20 bills, and (6) $10 bills taken.

The applicant made contact with Tyrone Thomas Woods' employer and discovered that Woods did not work on the day of the Sharonview Federal Credit Union robbery (November 2, 2018).

The applicant obtained surveillance images from the Sharonview Federal Credit Union robbery and provided them to Tyrone Thomas Woods' probation officer. The probation officer advised that the suspect captured on surveillance during the Sharonview Federal Credit Union robbery was Tyrone Thomas Woods. The applicant was also informed by the probation officer that Tyrone Thomas Woods recently changed his address to 2205 New Garden Road, Apartment 1106, Greensboro, North Carolina 27410. This applicant noted from the surveillance photographs that the suspect was wearing a gray winter-style hat, white shirt and black pants.

7

On November 5, 2018, Detective Hagler obtained a state arrest warrant for Tyrone Thomas Woods for the Sharonview Federal Credit Union robbery occurring on November 2, 2018. This information was relayed to Detective W.C. Tyndall of the Greensboro Police Department. Surveillance by the Greensboro Police Department on November 6, 2018, revealed that a 2019 Chevrolet Colorado truck, bearing Maryland license tag number 4DK8892, which had been confirmed as rented by Tyrone Thomas Woods on November 1, 2018, was located in the parking lot in front of the residence of Woods' girlfriend.

At approximately 6:53 a.m. on November 6, 2018, Greensboro Police Officers knocked on the front door and were admitted by the homeowner. Tyrone Thomas Woods was arrested on the warrant out of Charlotte. The homeowner provided Greensboro Police Officers with Woods' personal property, to include clothing, cell phone, and wallet. Inside the wallet was the defendant's N.C. driver's license (4) crisp $100 bills, (8) $20 bills and a receipt for a money gram, in the amount of $742.07, sent on November 3, 2018. She also noted that when Woods came to her residence on November 5, 2018, he brought an overnight bag, which she provided to officers. Officer noted that there was only one change of clothes in the bag.

8

Based on the totality of the circumstances, the applicant believes there is probable cause to believe that items of evidence will be located at 2205 New Garden Road Apt 1106, Greensboro, North Carolina and respectfully requests the Court to issue a search warrant for that location.

William C. Tyndall
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me the ___6th___ day of November 2018.  1:00 PM.

The Honorable Joe L. Webster
United States Magistrate Judge

9

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

The residence to be searched is 2205 New Garden Road, Apartment 1106, Greensboro, North Carolina. The residence is a two story apartment dwelling constructed of brown brick and wood. The apartment complex is named the Fields at Lincoln Green and the address for the complex is 2205 New Garden Road. The residence to be searched is located in building 1100 and is on the second floor of the building. The numbers 1100 are posted on the front of the building in white numbers. The apartment two be searched is posted with the numbers 1106 at the door.

This residence is located on New Garden Road northwest of the intersection of Battleground Avenue and New Garden Road. See map below.



## ATTACHMENT B

## ITEMS TO BE SEIZED

The items to be seized are evidence of violations of 18 U.S.C. § 2113(a) and (d) (bank robbery and armed bank robbery) and include:

Firearms to include but not limited to handguns, ammunition (live and spent), magazines, holsters or any other item used to facilitate the use or carrying of a firearm

Bills, notes and receipts showing occupancy or dominion over the residence being searched.

Evidence of transfer of money, to include Money Gram receipts, or similar money transfer documents.

Hats to include but not limited to ball caps, "boonie" style hats, do-rags, fishing hats toboggans and winter hats

Panty hose or a similar fabric that can be used to conceal one's identity if worn over the face

Gloves to include work gloves and latex gloves

Pants to include cargo pants, dress slacks and jeans

Long sleeve shirts, white in color, gray in color, light blue in color and striped long sleeve shirts

Cellular phones, tablets and laptop computers and any other type of electronic device used to search the internet, connect to wireless internet or to make calls

White and/or gray cloth bag or pillow case